IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1140-AP**

In re: **BILLY JASON HARWELL**,

  Debtor.

**BILLY JASON HARWELL,**

  Appellant,

v.

**VIRGINIA M. DALTON;**
**PEARLMAN & DALTON, P.C. and**
**LYNN MARTINEZ,**

  Appellees.

---

**ORDER**

---

Kane, J.

  This matter is before the court on Appellant's Motion for Leave to Appeal. The court has reviewed the motion, the response and the reply. The Motion for Leave to Appeal is GRANTED.

  Dated this 29th day of June, 2007.

                BY THE COURT:

                *S/John L. Kane*
                Senior Judge, United States District Court